**RED RIVER REFINING CO., Plaintiff-Appellant, v. SUN OIL CO., Defendant-Appellee.**

**PETROLEUM DERIVATIVES, INCORPORATED, OF MAINE, Plaintiff-Appellant, v. SAME.**

Nos. 7228, 7229.

Circuit Court of Appeals, Third Circuit.

June 8, 1940.

Samuel E. Darby, Jr., of New York City, for appellants.

Frank S. Busser, of Philadelphia, Pa., for appellee.

Before BIGGS, MARIS, and CLARK, Circuit Judges.

PER CURIAM.

For the reasons fully and satisfactorily set forth in the opinion filed by Judge Kirkpatrick, 29 F.Supp. 636, the decree of the District Court is affirmed.

**Ralph SKIDMORE and C. W. Skowlund, as Executors, etc., Petitioners, v. COMMISSIONER OF INTERNAL REVENUE, Respondent. No. 6833.**

Circuit Court of Appeals, Seventh Circuit.

March 19, 1940.

Before EVANS, SPARKS, and TREANOR, Circuit Judges.

PER CURIAM.

This cause came on to be heard on the transcript of the record from the United States Board of Tax Appeals and was argued by counsel.

On consideration whereof: It is now here ordered and adjudged by this Court that the decision entered in this cause on August 11, 1938, by the United States Board of Tax Appeals be, and the same is hereby, affirmed, on the authority of the case of Earl Morgan v. Commissioner of Internal Revenue, 7 Cir., 103 F.2d 636, which was affirmed by the Supreme Court of the United States on January 29, 1940, 309 U.S. 78, 60 S.Ct. 424, 84 L.Ed. ——.

**UNITED STATES of America v. Culbert L. OLSON et al. No. 2100.**

Circuit Court of Appeals, Tenth Circuit.

June 7, 1940.

Dan B. Shields, U. S. Atty., of Salt Lake City, Utah, for appellant.

Lewis & Lewis, of Salt Lake City, Utah, for appellees.

Before PHILLIPS and LEWIS, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.

**Paul J. ZIEGLER, Appellant, v. CONDOR PICTURES, Inc., et al., Appellees. No. 9346.**

Circuit Court of Appeals, Ninth Circuit.

April 15, 1940.

Paul J. Ziegler, of Los Angeles, Cal., for appellant.

Newby & Newby by Nathan Newby and Nathan Newby, Jr., all of Los Angeles, Cal., for appellee Miller, trustee.

Before WILBUR, MATHEWS, and STEPHENS, Circuit Judges.

PER CURIAM.

Affirmed on the authority of Carpenter, Babson & Fendler and Harold A. Fendler v. Condor Pictures, Inc., a corporation, et al., 110 F.2d 317, decided by this court on March 11, 1940.